# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE CASTRO, AN INDIVIDUAL,<br><br>  PLAINTIFF,<br><br>V.<br><br>EUROFINS ENVIRONMENT TESTING AMERICA HOLDINGS, a Corporation, EUROFINS ENVIRONMENT TESTING NORTHERN CALIFORNIA, LLC, a Corporation, EUROFINS ENVIRONMENT TESTING SOUTHWEST, LLC, a Corporation, and DOES 1 through 25, inclusive,<br><br>  DEFENDANTS, | **CASE NO.:**<br>**No. 2:24-CV-00790-JDP**<br>*[Assigned to the Honorable William B. Shubb and Magistrate Judge Jeremy D. Peterson]*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINE** |

{HM00051775 }

**[PROPOSED] ORDER**

Having considered the Joint Stipulation to Extend the Expert Disclosure Deadline and GOOD CAUSE HAVING BEEN SHOWN THEREIN:

IT IS HEREBY ORDERED that:

1. The Joint Stipulation to Extend the Discovery Disclosure Deadline is GRANTED.
2. The deadline for expert disclosures, if any, shall be extended to April, 9, 2025.
3. The deadline for rebuttal expert disclosures, if any, shall be extended to May 9, 2025.

IT IS SO ORDERED.

Dated:   March 10, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

{HM00051775}                                1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINE