```
Russell N. Jarem (SBN 349130)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone:    (949) 885-1360
Facsimile:    (949) 885-1380
Email:     Russell.Jarem@jacksonlewis.com

Baldeep S. Uppal (SBN 345527)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141
Email:     Baldeep.Uppal@jacksonlewis.com
```

Attorneys for Defendants
EUROFINS ENVIRONMENT TESTING AMERICA HOLDINGS, INC.;
EUROFINS ENVIRONMENT TESTING NORTHERN CALIFORNIA, LLC; and
EUROFINS ENVIRONMENT TESTING SOUTHWEST, LLC.

```
Mika Hilaire (SBN 212263)
Chloe Banker (SBN 345710)
EQUAL RIGHTS LAW GROUP
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone/Facsimile:  (310) 526-7229
Email:  mika@equalrightsgroup.com
        chloe@equalrightsgroup.com
```

Attorneys for Plaintiff
MICHELE CASTRO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELE CASTRO, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>EUROFINS ENVIRONMENT TESTING AMERICA HOLDINGS, a Corporation, EUROFINS ENVIRONMENT TESTING NORTHERN CALIFORNIA, LLC, a Corporation, EUROFINS ENVIRONMENT TESTING SOUTHWEST, LLC, a Corporation, and DOES 1 through 25, inclusive,<br><br>   Defendants. | **Case No.: 2:24-cv-00790-WBS-JDP**<br><br>*[Assigned to Senior District Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson]*<br><br>**AMENDED JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES**<br><br>Complaint Filed:   12.26.2023<br>Action Removed:    3.14.2024 |

---

1

AMENDED JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MICHELE CASTRO ("Plaintiff") and Defendants EUROFINS ENVIRONMENT TESTING AMERICA HOLDINGS, INC.; EUROFINS ENVIRONMENT TESTING NORTHERN CALIFORNIA, LLC; and EUROFINS ENVIRONMENT TESTING SOUTHWEST, LLC ("Defendants") (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and jointly request that the Court continue the trial date of October 21, 2025, to January 21, 2026 or as soon thereafter, on a date convenient for the Court:

WHEREAS, on December 26, 2023, Plaintiff filed a Complaint against Defendants in the Superior Court of California, County of Sacramento (the "Action");

WHEREAS, Defendants removed the Action to the above referenced Court on March 14, 2024;

WHEREAS, the trial in this Action is currently scheduled for October 21, 2025;

WHEREAS, the Parties have exchanged written discovery and are in the process of scheduling numerous depositions;

WHEREAS, the Parties wish to consider the merits of proceeding with mediation after the completion of discovery but before the filing of any dispositive motions;

WHEREAS, this is the Parties' first request for a continuance of trial and related deadlines in this Action;

WHEREAS, the Parties are making this request in good faith and not for purposes of delay;

WHEREAS, the Parties agree there is no prejudice to any party in continuing the trial date and related pretrial dates;

WHEREAS, the interests of justice and judicial economy are best served by a continuance;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants as follows, through their respective attorneys of record that:

1. The discovery completion date of May 5, 2025 be extended until July 5, 2025;
2. The motion cut off date of June 16, 2025 be extended until August 8, 2025;
3. The Pretrial Conference date of August 25, 2025, be continued to November 3, 2025 at 1:30 pm.
4. The Trial Date of October 21, 2025 be continued to January 21, 2026;

**SO STIPULATED.**

Dated: May 8, 2025                    JACKSON LEWIS P.C.

By: _____
    RUSSELL N. JAREM
    BALDEEP S. UPPAL

Attorneys for Defendants
EUROFINS ENVIRONMENT TESTING
AMERICA HOLDINGS, INC.;
EUROFINS ENVIRONMENT TESTING
NORTHERN CALIFORNIA, LLC; and
EUROFINS ENVIRONMENT TESTING
SOUTHWEST, LLC.

Dated: May 8, 2025                    EQUAL RIGHTS LAW GROUP

By: */s/ Chloe Banker*
    MIKA HILAIRE
    CHLOE BANKER

Attorneys for Plaintiff
MICHELE CASTRO

**SIGNATURE CERTIFICATE**

 I hereby certify that I have obtained counsel's authorization to affix their electronic signature to this document.

Dated: May 8, 2025        JACKSON LEWIS P.C.

                By: _____
                   RUSSELL N. JAREM
                   BALDEEP S. UPPAL

                   Attorneys for Defendants
                   EUROFINS ENVIRONMENT TESTING
                   AMERICA HOLDINGS, INC.;
                   EUROFINS ENVIRONMENT TESTING
                   NORTHERN CALIFORNIA, LLC; and
                   EUROFINS ENVIRONMENT TESTING
                   SOUTHWEST, LLC.

## ORDER

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

After considering the Parties' Joint Stipulation to Continue Trial and Related Dates, and FOR GOOD CAUSE SHOWN, the Court ORDERS as follows:

1) The Parties' Joint Stipulation is **GRANTED**;

2) The October 21, 2025 Trial Date is hereby vacated; and

3) The Court hereby re-sets the following dates:

   a. January 21, 2026: Trial Date at 9:00 a.m.;

   b. November 3, 2025: Pretrial Conference Date at 1:30 p.m.;

   c. July 5, 2025: Discovery Cutoff Date

   d. August 8, 2025: Motion Cutoff Date

   e. All other deadlines related be continued in accordance with the new trial date.

**IT IS SO ORDERED.**

Dated: May 9, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE