Russell N. Jarem (SBN 349130)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone:   (949) 885-1360
Facsimile:     (949) 885-1380
Email: Russell.Jarem@jacksonlewis.com

Baldeep S. Uppal (SBN 345527)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:   (916) 341-0404
Facsimile:     (916) 341-0141
Email: Baldeep.Uppal@jacksonlewis.com

Attorneys for Defendants
EUROFINS ENVIRONMENT TESTING AMERICA HOLDINGS, INC.;
EUROFINS ENVIRONMENT TESTING NORTHERN CALIFORNIA, LLC; and
EUROFINS ENVIRONMENT TESTING SOUTHWEST, LLC.

Mika Hilaire (SBN 212263)
Chloe Banker (SBN 345710)
EQUAL RIGHTS LAW GROUP
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone/Facsimile:  (310) 526-7229
Email: mika@equalrightsgroup.com
           chloe@equalrightsgroup.com

Attorneys for Plaintiff
MICHELE CASTRO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELE CASTRO, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EUROFINS ENVIRONMENT TESTING AMERICA HOLDINGS, a Corporation, EUROFINS ENVIRONMENT TESTING NORTHERN CALIFORNIA, LLC, a Corporation, EUROFINS ENVIRONMENT TESTING SOUTHWEST, LLC, a Corporation, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | **Case No.: 2:24-cv-00790-WBS-JDP**<br><br>*[Assigned to Senior District Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson]*<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES**<br><br><br>Complaint Filed:   December 26, 2023<br>Action Removed:   March 14, 2024 |

{HM00053718 }

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MICHELE CASTRO ("Plaintiff") and Defendants EUROFINS ENVIRONMENT TESTING AMERICA HOLDINGS, INC.; EUROFINS ENVIRONMENT TESTING NORTHERN CALIFORNIA, LLC; and EUROFINS ENVIRONMENT TESTING SOUTHWEST, LLC ("Defendants") (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and jointly request that the Court continue the trial date of January 21, 2026 to March 31, 2025, or as soon thereafter, on a date convenient for the Court:

WHEREAS, on December 26, 2023, Plaintiff filed a Complaint against Defendants in the Superior Court of California, County of Sacramento (the "Action");

WHEREAS, Defendants removed the Action to the above referenced Court on March 14, 2024;

WHEREAS, the trial in this Action is currently scheduled for January 21, 2026;

WHEREAS, the Parties have exchanged written discovery and Defendant has taken Plaintiff's deposition and Plaintiff has taken several depositions of Defendant's employees;

WHEREAS, Plaintiff will be subpoenaing two former employees of Defendant. One of these former employees is Steve Hopper, the alleged harasser in the Action. Mr. Hopper is located out-of-state, which requires additional coordination.

WHEREAS, the Parties wish to consider the merits of proceeding with mediation after the completion of discovery but before the filing of any dispositive motions;

WHEREAS, this is the Parties' second request for a continuance of trial and related deadlines in this Action;

WHEREAS, the Parties are making this request in good faith and not for purposes of delay;

WHEREAS, the Parties agree there is no prejudice to any party in continuing the trial date and related pretrial dates;

WHEREAS, the interests of justice and judicial economy are best served by a continuance;

{HM00053718 }

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants as follows, through their respective attorneys of record that:

1. The discovery completion date of July 5, 2025 be extended until September 5, 2025;
2. The motion cutoff date of August 5, 2025 be extended until October 5, 2025;
3. The Pretrial Conference date of November 3, 2025, be continued to January 26, 2025 at 1:30 pm.
4. The Trial Date of January 21, 2026 be continued to March 31, 2026;

**SO STIPULATED.**

Dated: ___June 24, 2025_____     JACKSON LEWIS P.C.

By: ___/s/ Russell N. Jarem_____
    RUSSELL N. JAREM
    BALDEEP S. UPPAL

Attorneys for Defendants
EUROFINS ENVIRONMENT TESTING AMERICA HOLDINGS, INC.;
EUROFINS ENVIRONMENT TESTING NORTHERN CALIFORNIA, LLC; and
EUROFINS ENVIRONMENT TESTING SOUTHWEST, LLC.

Dated: ___June 24, 2025_____     EQUAL RIGHTS LAW GROUP

By: ___/s/ Mika Hilaire_____
    MIKA HILAIRE
    CHLOE BANKER

Attorneys for Plaintiff
MICHELE CASTRO

{HM00053718 }

**ORDER**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

After considering the Parties' Joint Stipulation to Continue Trial and Related Dates, and FOR GOOD CAUSE SHOWN, the Court ORDERS as follows:

1) The Parties' Joint Stipulation is **GRANTED**;

2) The January 21, 2026 Trial Date is hereby vacated; and

3) The Court hereby re-sets the following dates:

   a. The Trial Date is continued to March 31, 2026 at 9:00 a.m.;

   b. The Pretrial Conference date is continued to January 26, 2026 at 1:30 pm.

   c. The discovery completion is extended until September 5, 2025;

   d. The motion cutoff date is extended until October 5, 2025; and

   e. All other deadlines related be continued in accordance with the new trial date.

**IT IS SO ORDERED.**

Dated: June 26, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{HM00053718}