UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MICHELE CASTRO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EUROFINS ENVIRONMENT TESTING AMERICA HOLDINGS, a Corporation, EUROFINS ENVIRONMENT TESTING NORTHERN CALIFORNIA, LLC, a Corporation, EUROFINS ENVIRONMENT TESTING SOUTHWEST, LLC, a Corporation, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | No. 2:24-cv-790 WBS JDP<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR THE SETTING OF A NEW DISCOVERY CUT-OFF AND CONTINUANCE OF DATES |

----oo0oo----

Good cause appearing, plaintiff's ex parte application (Docket No. 20) to further modify the scheduling orders (Docket Nos. 11, 19) is hereby GRANTED as follows:

1. All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be conducted as to be completed by **November 4, 2025.** All motions to compel discovery must be noticed on the Magistrate Judge's

1

1  calendar in accordance with the local rules of this Court and so
2  that such motions may be heard (and any resulting orders obeyed)
3  not later than **November 4, 2025.**
4      2.   All motions, except motions in limine, motions for
5  continuances, temporary restraining orders, or other emergency
6  applications, shall be filed on or before **December 4, 2025.**
7      3.   The Final Pretrial Conference is set for **March 23,**
8  **2026,** at 1:30 p.m.
9      4.   The jury trial is set for **June 2, 2026,** at 9:00 a.m.
10     5.   All other matters shall remain unchanged.
11          IT IS SO ORDERED.

Dated:  September 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE